# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMAL K. ROY,<br><br>                    Plaintiff,<br>  v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>                   Defendant. | Case No. 10cv1302 BTM (WMc)<br><br>**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS AND DISMISSING COMPLAINT** |

Plaintiff has filed a motion to proceed in forma pauperis [Doc. 2]. His Complaint, however, is 165 pages and contains an assortment of handwritten documents, printed documents, and incomprehensible scribbling. The handwriting is largely illegible and, on the whole, the Complaint is nonsensical. Still, it appears from Plaintiff's finances that he is unable to pay the filing fees and therefore qualifies for in forma pauperis ("IFP") status. The Court **GRANTS** Plaintiff's motion to proceed IFP, but sua sponte **DISMISSES without prejudice** the Complaint for failure to state a claim.

Plaintiff may file an Amended Complaint within twenty-one days of the filing of this order. The Amended Complaint must contain a short and plain statement of the grounds for relief. It may be handwritten, but it must be legible and must otherwise conform to the applicable procedural rules, including setting forth the allegations in numbered paragraphs.

**IT IS SO ORDERED.**

DATED: June 29, 2010

*[signature]*

Honorable Barry Ted Moskowitz
United States District Judge